762 A.2d 214

IN THE MATTER OF REGISTRANT J.G.,

October 4, 2000.

Reconsideration of the petition for certification is granted.

762 A.2d 214

K.S., PLAINTIFF, AND B.S., PLAINTIFF–MOVANT,
v. ABC PROFESSIONAL CORPORATION, ET
AL., DEFENDANTS–RESPONDENTS.

October 4, 2000.

Leave to appeal is granted.

762 A.2d 214

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. FELICIA
STOVALL, DEFENDANT–RESPONDENT.

October 4, 2000.

Leave to appeal is granted.